

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-387-CV

IN RE COSTCO WHOLESALE CORPORATION                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's emergency motion for temporary relief and petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's emergency motion for temporary relief and petition for writ of mandamus are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: WALKER, J.; CAYCE, C.J.; and LIVINGSTON, J.

CAYCE, C.J. not participating.

DELIVERED: October 27, 2009

---

[1] See Tex. R. App. P. 47.4.